**Order filed January 14, 2014.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

———————

**NO. 14-13-01070-CV**
**NO. 14-13-01071-CV**
**NO. 14-13-01072-CV**

———————

## IN THE INTEREST OF A.F.R., B.R.L., S.M.L. AND E.J.R., Chiildren

**On Appeal from the 247th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 2012-01622J, 2012-04677J & 2012-16306**

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue ("parental termination case"). Appellant's brief was due **January 9, 2014.** No brief has been filed.

Unless appellant files a brief with the clerk of this court within **10 days** of the date of this order, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM